IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HOLLY MARIE GORELL,

        Plaintiff,                          JUDGMENT IN A CIVIL CASE

     v.                                      Case No. 13-cv-388-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this case to the Acting Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


    _____s/ A. Wiseman, Deputy Clerk_____        _____January 22, 2014_____
          Peter Oppeneer, Clerk of Court                       Date