IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HOLLY MARIE GORELL,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                   Case No. 13-cv-388-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Holly Marie Gorell attorney fees and costs in the amount of $6,700.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      \_\_\_\_\_s/ A. Wiseman, Deputy Clerk\_\_\_\_\_      _____May 1, 2014_____
          Peter Oppeneer, Clerk of Court                  Date